United States District Court
Southern District of Texas

**ENTERED**

July 27, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **DANIEL CISNEROS SARINANA,** | § | |
| Petitioner, | § | |
| | § | |
| **V.** | § | CIVIL ACTION NO. 5:26-CV-01308 |
| | § | |
| **MARIO GARCIA,** *et al.*, | § | |
| Respondents. | § | |

**ORDER**

Before the Court is Petitioner's pro se Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, (Dkt. No. 1). Petitioner challenges the constitutionality of their detention in federal immigration custody. Petitioner names Mario Garcia, Warden of Webb County Detention Center, and ICE Field Office Director as Respondents.

Based upon a review of the Petition, the Court **ORDERS** Respondents to file a response to the petition and serve their response on Petitioner **no later than August 3, 2026**.[1] 28 U.S.C. § 2243. Respondents should attach relevant evidence from Petitioner's A-file to support their assertions of fact. Should Petitioner wish to file a reply, they must do so **no later than August 17, 2026**.[2]

The Clerk of Court is **DIRECTED** to serve the Petition, (Dkt. No. 1), its attachments, and this Order on the United States Attorney for the Southern District of Texas by electronic mail at USATXS.CivilNotice@usdoj.gov. Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

The Clerk is further **DIRECTED** to mail this Order to Petitioner via regular mail and any receipted means to the address on file with the Court.

Additionally, Respondents are **ORDERED** to notify Petitioner and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern

---

[1] Respondents must serve their response directly on Petitioner. The Certificate of Service in the response must describe this service, and electronic filing of the response on CM/ECF will not be sufficient because Petitioner is pro se.

[2] Any deadlines set forth in a civil summons issued by the Clerk of Court are superseded by the deadlines set forth in this Order.

District of Texas **at least seven (7) days** before any such transfer. The parties are further **ORDERED** to notify the Court if Petitioner is released from custody for any reason while the petition is pending.

It is so **ORDERED**.

**SIGNED** on July 27, 2026.

 

John A. Kazen
United States District Judge